CALOGERO, J.,
additionally, concurs. Relator argues that his assignment of error #1 is an issue which will be resolved in Lowenfield v. Phelps, — U.S. -, 107 S.Ct. 3227,97 L.Ed.2d 734:
Supreme Court # 86-6867, cert. granted 6/22/87. In light of the Supreme Court’s refusal to stay an execution in Celestine v. Butler, — U.S.-, 107 S.Ct.-, 96 L.Ed.2d-, # A-56-87-5130, denied 7/19/87, and in Watson v. Butler, — U.S. -, 107 S.Ct.-, 96 L.Ed.2d-, # A-78-87-5161, denied 7/23/87,1 concur in the denial of this application.